**Wayne D. SMITH, Plaintiff-Appellant,**

v.

**Aziz SHARIAT; et al., Defendants-Appellees.**

No. 14-16772

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 21, 2016

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Wayne D. Smith, Pro Se

Lynne L. Bentley, Borton Petrini, LLP, San Jose, CA, for Defendant-Appellee Aziz Shariat

Michael P. Schibly, San Carlos, CA, for Defendants-Appellees Georgetown Mini Storage and Yanasa, Inc.

Kristin N. Reyna, Todd R. Kinnear, Attorneys, Gordon & Rees LLP, San Diego, CA, for Defendant-Appellee Lee Vining

Donald Douglas Shureen, Esquire, McMillan & Shureen LLP, Santa Rosa, CA, for Defendant-Appellee Linda Hilts

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Wayne D. Smith appeals pro se from the district court's judgment dismissing with prejudice his action alleging federal and state law claims related to his employment and occupancy at the Camp Chaquita RV park. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under Federal Rule of Civil Procedure 12(b)(6). *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010). We affirm.

The district court properly dismissed Smith's action because Smith failed to allege facts sufficient to state any plausible claims, even after Smith was given opportunities to amend his complaint. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

1937, 173 L.Ed.2d 868 (2009) (to avoid dismissal, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face); *see also Crumpton v. Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991) (setting forth elements of a claim under 42 U.S.C. § 1983); *Grimmett v. Brown*, 75 F.3d 506, 510 (9th Cir. 1996) (setting forth elements of a civil RICO claim); *Fobbs v. Holy Cross Health Sys. Corp.*, 29 F.3d 1439, 1447 (9th Cir. 1994) (Title VI requirements).

We reject as without merit Smith's contention that he was entitled to default judgment against defendants Gennai and Funk.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.